O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 08-00309-SGL(JCRx)                              Date:  October 20, 2008

Title:   RAUL CASTILLO, ULYSSES VENEGAS, JESUS MONTALVO nd DAVID MARTINEZ -v- SAN BERNARDINO STEEL, INC. and DOES 1 THROUGH 10
===========================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | None Present |
|---|---|
| Courtroom Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                              None present

PROCEEDINGS:    ORDER DISCHARGING ORDER TO SHOW CAUSE (OSC)
                            (IN CHAMBERS)


    The Court is in receipt of an Answer to Amended Complaint e-filed on October 17, 2008, docket No. 10, by defendant San Bernardino Steel, Inc.  Accordingly, the OSC of October 9,  2008, docket No. 9, is DISCHARGED.

    IT IS SO ORDERED.